# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00878-CV

**Carolyn Barnes, Appellant**

**v.**

**Texas Attorney General, et al., Appellees**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY,
NO. D-1-GN-15-000877, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Carolyn Barnes has filed a notice of appeal. Appellant, however, has been designated a vexatious litigant.

A vexatious litigant must comply with the procedures set forth in Chapter 11 of the Texas Civil Practice and Remedies Code as a prerequisite to filing "new litigation," including obtaining permission from the appropriate local administrative judge to file an appeal. *See* Tex. Civ. Prac. & Rem. Code §§ 11.102 (generally prohibiting vexatious litigant from filing "new litigation" without permission from local administrative judge), .103 (generally prohibiting clerk of court from filing "litigation, original proceeding, appeal, or other claim presented, pro se, by a vexatious litigant subject to a prefiling order under Section 11.101 unless the litigant obtains an order from the appropriate local administrative judge described by Section 11.102(a) permitting the filing"); *Johnson v. Hughey*, No. 06-12-00079-CV, 2012 Tex. App. LEXIS 8406, at *4–5

(Tex. App.—Texarkana Oct. 5, 2012, no pet.) (mem. op.).  The appropriate local administrative judge with respect to the filing of this appeal is:

The Honorable Tim Sulak
353rd District Court
Travis County Courthouse
P. O. Box 1748
Austin, Texas  78767.

Accordingly, this appeal is immediately stayed.  This Court orders appellant within thirty days of the date of this order to demonstrate to this Court that she has obtained permission from the local administrative judge to file this appeal.  If she fails to comply with this order within 30 days of the date of this order, this Court will dismiss the appeal for want of jurisdiction.

It is ordered on January 10, 2020.

Before Justices Goodwin, Kelly, and Smith